PORTER *et al.* *v.* GARRETT & Co.

Where the record of a case is too defective to justify a decision, the court will order a *certiorari* to perfect it, without a motion from counsel.

ERROR, *to Henry District Court.*

PER CURIAM. The transcript in this case, as certified by the clerk, contains only the orders made in the district court. It is so defective, that we cannot, with a proper regard to the rights of parties, entertain jurisdiction, nor decide the questions involved, without a more complete record. We have therefore concluded to order a writ of *certiorari* to the clerk of the district court of Henry county, to send up a full transcript of the record and proceedings in this case.